# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-185-PMP-LRL |
| Plaintiff, | |
| vs. | **ORDER WAIVING ATTORNEY CLIENT PRIVILEGE TO ADDRESS ALLEGATIONS IN DEFENDANT'S 28 U.S.C. § 2255 PETITION** |
| CARL VON BRADLEY, | |
| Defendant. | **AND** |
| | **ORDERING DEFENDANT'S FORMER COUNSEL TO PROVIDE INFORMATION** |

Based on the pending application of the Government, and good cause appearing,

**IT IS THEREFORE ORDERED** that the attorney-client privilege in case No. 2:09-cr-185-PMP-LRL is waived with respect to the allegations in Defendant's 28 U.S.C. § 2255 petition, and that Rene Valladares shall forthwith provide the Government with an affidavit addressing the allegations of ineffective assistance in Defendant's 28 U.S.C. § 2255 petition.

**DATED**: this 23rd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE