# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:09-cr-185-PMP-LRL |
| vs. | **ORDER STAYING GOVERNMENT'S DEADLINE TO RESPOND TO DEFENDANT'S 28 U.S.C. § 2255 PETITION** |
| CARL VON BRADLEY, | |
| Defendant. | |

Based on the pending application of the Government, and good cause appearing,

**IT IS THEREFORE ORDERED** that the that the Government's deadline for responding to Defendant's 28 U.S.C. § 2255 petition is stayed until 30 days from the date Rene Valladares provides the information requested in the Government's motion to waive the attorney-client privilege.

**DATED:** this 23rd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

3