# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                     )<br>              Plaintiff,                       )<br>                                                     )<br> vs.                                                )<br>                                                     )<br> CARL VON BRADLEY, et al.,           )<br>                                                     )<br>              Defendant                    )<br>                                                     ) | 2:09-CR-00185-PMP-LRL<br><br>**ORDER** |

**IT IS ORDERED** that Defendant Carl Von Bradley's Motion for Reconsideration (Doc. #298) is **GRANTED** to the extent that Defendant Bradley shall have to and including **November 5, 2012** within which to file a supplemental brief in support of his Motion to Vacate (Doc. #278), based upon the Affidavit of his former counsel (Doc. #289).

DATED: September 28, 2012.

PHILIP M. PRO
United States District Judge