# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,  )
           Plaintiff,  )  2:09-CR-00185-PMP-LRL
)
vs.  )  **ORDER**
)
CARL VON BRADLEY, et al.,  )
)
           Defendant  )

For the reasons set forth therein, and good cause appearing,

**IT IS ORDERED** that Plaintiff's unopposed Motion to Dismiss and Seal Defendant's Motion for Reconsideration (Doc. #298) and to Seal Defendant's Motion for Relief Under 18 U.S.C. § 2255 (Doc. #303) is **GRANTED**.

DATED: November 21, 2012.

                                        PHILIP M. PRO
                                        United States District Judge