UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:09-CR-00185-PMP-LRL |
| v. | |
| CARL VON BRADLEY, | |
| Defendant. | ORDER |

IT IS ORDERED that Defendant's Motion to Unseal Defendant's Motion for Reconsideration and Defendant's Motion for Relief Under 18 U.S.C. § 2255 (Doc. #329/#330) is hereby GRANTED.

DATED: October 28, 2013

_____
PHILIP M. PRO
United States District Judge